# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
 §
 §
PEREZ, EDGAR § Case No. 10-14746 MB
PEREZ, ERIKA §
 §
 §
_____Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                    CLERK OF THE U.S. BANKRUPTCY COURT
                    219 S. DEARBORN STREET
                    CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/21/2011 in Courtroom 250,
                    United States Courthouse
                    Old Kane County Courthouse
                    100 S. Third Street, Geveva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: /s/ Thomas E. Springer /s/ _____


*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PEREZ, EDGAR § Case No. 10-14746 MB
PEREZ, ERIKA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,500.36 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,500.36 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 1,300.04 | $ 0.00 | $ 1,300.04 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,300.04 |
| Remaining Balance | | $ | 4,200.32 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,798.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Amer. Infosource as Agent for WFNNB | $ 4,249.62 | $ 0.00 | $ 288.84 |
| 2 | Amer. Infosource as Agent for WFNNB | $ 219.20 | $ 0.00 | $ 14.90 |
| 3 | Amer. Infosource As Agent for WFNNB | $ 342.45 | $ 0.00 | $ 23.27 |
| 4 | Discover Bank | $ 10,579.97 | $ 0.00 | $ 719.10 |
| 5 | Discover Bank | $ 9,532.22 | $ 0.00 | $ 647.89 |
| 6 | GE Money Bank | $ 10,300.64 | $ 0.00 | $ 700.12 |
| 7 | Chase Bank USA, N.A. | $ 5,311.64 | $ 0.00 | $ 361.02 |
| 8 | Elan Financial Services | $ 9,208.49 | $ 0.00 | $ 625.88 |
| 9 | PYOD LLC ias assignee of Citibank, NA | $ 2,427.34 | $ 0.00 | $ 164.98 |
| 10 | PYOD LLC as assignee of Citibank, NA | $ 754.42 | $ 0.00 | $ 51.28 |
| 11 | PYOD LLC as assignee of Citibank, NA | $ 3,531.25 | $ 0.00 | $ 240.01 |
| 12 | American Express Centurion Bank | $ 5,341.13 | $ 0.00 | $ 363.03 |

Total to be paid to timely general unsecured creditors $ 4,200.32

  Remaining Balance                   $_____0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

          Prepared By: /s/ Thomas E. Springer /s/_____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-14746-MB
Edgar Perez                                                             Chapter 7
Erika Perez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 2              Date Rcvd: Mar 29, 2011
                              Form ID: pdf006            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2011.
```
db/jdb     +Edgar Perez,   Erika Perez,    1383 Eliot Trail,   Elgin, IL 60120-5220
aty        +James A Young,   James A Young & Associates, Ltd.,   47 DuPage Court,   Elgin, IL 60120-6421
aty        +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Road,
             Suite 330,   Wheaton, IL 60187-4547
tr         +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
             Suite 330,   Wheaton, IL 60187-4547
15363367   +American Express,   c/o Becket and Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
16195165    American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15363368   +Bank Of America,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8119
15363369   +Bank One/Chase,   8333 Ridgepoint Dr,   Irving, TX 75063-5812
15363370   +Cap One,   Po Box 85520,   Richmond, VA 23285-5520
15363371   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15894198    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15363372   +Citibank Sd, Na,   Po Box 6500,   Sioux Falls, SD 57117-6500
15363373   +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20363,   Kansas City, MO 64195-0363
15363374   +Codilis & Associates P.C.,   15W030 N. Frontage Road,   Suite 100,   Burr Ridge, IL 60527-6921
15363375   +Community General Hospital,   230 W. Miller,   Dilley, TX 78017-3818
15363376   +Country Trails Neighborhood HOA,   431 Ginger Lane,   Elgin, IL 60120-5205
15956604   +PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
             c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
15363381   +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
15363382   +Tnb-visa,   Po Box 560284,   Dallas, TX 75356-0284
15363383   +Toyota Motor Credit,   1111 W. 22nd Street,   Suite 420,   Oak Brook, IL 60523-1959
15363379   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Service,   777 E Wisconsin Ave,   Milwaukee, WI 53202)
15947755   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,   Bankruptcy Department,   P.O. Box 5229,
             Cincinnati, OH 45201-5229)
15363384   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,   Attn: Bankruptcy Dept,   Po Box 5229,
             Cincinnati, OH 45201)
15363385   ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,   ATTN BANKRUPTCY DEPT,
             MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,   Frederick, MD 21701)
15363386    WFNNB,   Bankruptcy Department,   PO BOX 182125,   Columbus, OH 43218-2125
15363388   +Wfnnb/roomplace,   Po Box 337003,   Northglenn, CO 80233-7003
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15839919    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2011 00:29:13
             American Infosource Lp As Agent for,   World Financial Network National Bank As,   New York & Co,
             PO Box 248872,   Oklahoma City, OK  73124-8872
15839914    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2011 00:29:14
             American Infosource Lp As Agent for,   World Financial Network National Bank As,
             Harlem Furniture,   PO Box 248872,   Oklahoma City, OK  73124-8872
15839922    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2011 00:29:13
             American Infosource Lp As Agent for,   World Financial Network National Bank As,
             Victoria’s Secret,   PO Box 248872,   Oklahoma City, OK  73124-8872
15845052    E-mail/PDF: mrdiscen@discoverfinancial.com Mar 30 2011 00:19:14     Discover Bank,
             Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
15363377   +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 30 2011 00:19:14     Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
15893897    E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2011 00:19:34     GE Money Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15363380   +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2011 00:19:35     Gemb/sams Club Dc,
             Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
                                                                                              TOTAL: 7
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Thomas E. Springer
aty*       +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
             Suite 330,   Wheaton, IL 60187-4547
15363378*  +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
15363387*   WFNNB,   Bankruptcy Department,   PO BOX 182125,   Columbus, OH 43218-2125
                                                                                   TOTALS: 1, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mhenley              Page 2 of 2              Date Rcvd: Mar 29, 2011
                              Form ID: pdf006           Total Noticed: 33

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2011**                    **Signature:**   _Joseph Speetjens_